IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY GLENN**                                                                          **PLAINTIFF**

v.                          **CASE NO. 2:22-CV-00039-BSM**

**PHILLIP L MUSE,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE